1  JENNIFER WITHERELL CRASTZ/BAR #185487
   **HEMAR, ROUSSO & HEALD, LLP**
2  15910 Ventura Boulevard, 12th Floor
   Encino, CA 91436
3  Telephone: (818) 501-3800
   Facsimile: (818) 501-2985
4  E-mail:    jcrastz@hrhlaw.com

5  Attorneys for Defendant
   GATEWAY BANK, F.S.B.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| GENET HABTEMARIAM, | Case No. 2:26-cv-00726-DC-CKD |
| Plaintiff, | *[Assigned to: Hon. District Judge Dena M. Coggins; Referred to the Hon. Magistrate Judge Carolyn K. Delaney]* |
| v. | **GATEWAY BANK, F.S.B.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| GATEWAY BANK, F.S.B.; TOTAL LENDER SOLUTIONS, INC.; and DOES 1–50, | |
| Defendants. | DATE: TBD<br>TIME: TBD<br>VIA ZOOM |
| | Complaint filed: March 4, 2026 |

GATEWAY BANK, F.S.B.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

**TO THE COURT, PLAINTIFF, PLAINTIFF'S ATTORNEY, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Defendant, GATEWAY BANK, F.S.B. ("Gateway"), hereby opposes GENET HABTEMARIAM's ("Plaintiff") Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), as follows:

1. Plaintiff has improperly filed the present action in District Court. Section 17 of the Exhibit A Modification Agreement to which Plaintiff cites, provides for Choice of Venue in Alameda County, State of California.

2. Additionally, although Plaintiff indicates that the basis for filing is a "Federal Question," the face of the Complaint is clear that the claims for relief are garden variety state court disputes, specifically, Wrongful Foreclosure, Breach of Contract, Declaratory and Injunctive Relief.

3. What's more, is that Section 13 of the Exhibit A Modification Agreement provides for the litigation of any disputes by judicial reference, subject to California Code of Civil Procedure 638 *et seq*.

4. To the extent this Court is inclined to retain jurisdiction and rule on the Application for Temporary Restraining Order, Plaintiff has shown no exigent circumstances. Plaintiff admits that a foreclosure sale is set for March 10, 2026, which means that the foreclosure sale has been pending for a minimum of 120 days. Plaintiff has been well aware of the pending foreclosure sale and could have sought to restrain Gateway from proceeding in a timely manner, thereby allowing Gateway a meaningful opportunity to respond on the merits. Plaintiff's last minute request for a TRO should not be countenanced by the granting of the TRO.

///

///

1  Based upon the foregoing, Gateway respectfully requests that Plaintiff's
2  request for a TRO be denied and further, that this action be dismissed in its entirety.

4  Dated: March 9, 2026                    HEMAR, ROUSSO & HEALD, LLP

                                           /s/ *Jennifer Witherell Crastz*
                                           By;_____
                                           JENNIFER WITHERELL CRASTZ
                                           Attorneys for Defendant

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA  91436
(818) 501-3800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Hemar, Rousso & Heald, LLP, 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436.

On March 9, 2026, I served the foregoing document(s) described as: **GATEWAY BANK, F.S.B.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** on the interested parties in this action addressed as follows:

Michael D. Maloney
GREENE & MALONEY, PC
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285
mmaloney@tedgreenelaw.com

☒ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

　　☐ **BY PERSONAL SERVICE (CCP §1011)**: I caused to be delivered such envelope(s) by hand to the addressee(s) as stated above.

　　☐ **BY MAIL (CCP §1013(a)&(b))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 15910 Ventura Boulevard, 12th Floor, Encino, California, in the ordinary course of business.

　　☒ **TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING:** Upon the electronic filing of a document, a "Notice of Electronic Filing" ("NEF") will be automatically generated by the CM/ECF System and sent by e-mail to all attorneys who have appeared in the case in this Court and are registered to receive service through the CM/ECF System. Unless service is governed by F.R.Civ.P. 4, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure, and the NEF itself will constitute proof of service for individuals so served.

　　☐ **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d))**: I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 15910 Ventura Boulevard, 12th Floor, Encino, California, in the ordinary course of business.

1  Executed on March 9, 2026, at Encino, California.

2  ☒    **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ *Mary Ann Granzow*

_____
MARY ANN GRANZOW

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA  91436
(818) 501-3800